IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN B. YANCEY**  **PLAINTIFF**
*ADC #95844*

v.  **CASE NO. 2:24-CV-00114-BSM**

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted.  John Yancey's complaint [Doc. No. 2] is dismissed without prejudice for failing to state a claim upon which relief may be granted; it is recommended that, in the future, dismissal of this action be counted as a strike under 28 United States Code section 1915(g); and it is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.  Moreover, Yancey's request to amend his complaint in his response to the recommended disposition [Doc. No. 5] is denied as futile because the proposed amendment would also not survive screening.  *See Bowman v. Prudential Ins. Co. of Am.*, 260 F. Supp. 3d 1072, 1079 (W.D. Ark. 2017) (citing *Hintz v. JPMorgan Chase Bank, N.A.*, 686 F.3d 505, 511 (8th Cir. 2012)) (proposed amendment to complaint is considered futile if it would not survive subsequent motion to dismiss); *see also Harris v. Ruthenberg*, 62 F. Supp. 3d 793, 800 (N.D. Ill 2014) (citing *Turley v. Rednour*, 729 F.3d 645, 649 (7th Cir. 2013)) (judicial screening of a prisoner's civil complaint against a government entity or government officer is done under the same standard applicable to a

motion to dismiss for failure to state a claim).

    IT IS SO ORDERED this 9th day of July, 2024.

                                                    */s/ Brian S. Miller*
                                         UNITED STATES DISTRICT JUDGE