IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN B. YANCEY**                                                                    **PLAINTIFF**
*ADC #95844*

v.                          **CASE NO. 2:24-CV-00114-BSM**

**DEXTER PAYNE,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of July, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE